IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA PARSONS, et al.                          :
                                                :       CIVIL ACTION
        v.                                      :       No. 13-0955
                                                :
THE PHILADELPHIA PARKING                        :
AUTHORITY, et al.                               :

## ORDER

AND NOW, this 16th day of January, 2014, upon consideration of the motion by

defendant the Philadelphia Parking Authority to dismiss the amended complaint of plaintiff

Angela Parsons, individually and on behalf of a class of all persons similarly situated, it is

ORDERED that the PPA's motion is GRANTED as to Count I and plaintiff's claim against the

PPA are DISMISSED with prejudice.

It is FURTHER ORDERED that on or before January 23, 2014 plaintiff and the City of

Philadelphia shall agree upon a discovery schedule and submit the same to the Court for

approval.

                                    _____/s/ Thomas O'Neill_____
                                    THOMAS N. O'NEILL, JR., J.