IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA PARSONS, et al.           :
                                 :          CIVIL ACTION
        v.                       :          No. 13-0955
                                 :
THE CITY OF PHILADELPHIA          :

## ORDER

AND NOW, this 9th day of December, 2014, upon consideration of defendant the City of

Philadelphia's memorandum of law in support of its first affirmative defense – that plaintiff has

failed to state a claim upon which relief may be granted, Dkt. No. 31, plaintiff Angela Parsons'

response, Dkt. No. 32, and defendant's reply thereto, it is ORDERED that plaintiff's amended

class action complaint is sufficient to state a claim upon which relief may be granted.

It is FURTHER ORDERED that on or before December 19, 2014, the parties shall agree

upon a schedule for discovery limited to the issue of class certification, the filing of plaintiff's

motion for class certification and defendant's response thereto and shall submit their proposed

schedule to the Court for approval.

_s/Thomas N. O'Neill, Jr._____
THOMAS N. O'NEILL, JR., J.