IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA PARSONS, et al.                    :
                                          :            CIVIL ACTION
        v.                                :            No. 13-0955
                                          :
THE PHILADELPHIA PARKING                  :
AUTHORITY, et al.                         :

## **ORDER**

AND NOW, this 11th day of February, 2016, upon consideration of plaintiff Angela

Parsons' motion for class certification (Dkt. No. 38) and defendant the City of Philadelphia's

response (Dkt. No. 41), and consistent with the accompanying Memorandum of Law, it is

ORDERED that plaintiff's motion is DENIED.  This action is REMANDED to the Court of

Common Pleas of Philadelphia County.  The Clerk of Court shall mail a certified copy of this

Order to the Clerk of the Court of Common Pleas of Philadelphia County and take all other

necessary actions to effect the remand forthwith.

                                    _____*s/Thomas N. O'Neill, Jr.*_____
                                    THOMAS N. O'NEILL, JR., J.